| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-1-20 |

FRANK VACCARO,

            Plaintiff,

v.

CORPORATE RESOURCE SERVICES, INC.,

            Defendant.

15-CV-3895 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has required periodic status updates from the parties, the most recent of which was filed on September 10, 2019. Plaintiff is directed to submit another status update no later than May 1, 2020.

SO ORDERED.

Dated:    April 1, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge