| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5-15-20 |
| FRANK VACCARO,<br><br>       Plaintiff,<br><br>    v.<br><br>CORPORATE RESOURCE SERVICES, INC.,<br><br>       Defendant. | 15-CV-3895 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362.  On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket.  Since then, the Court has required periodic status updates from the parties, the most recent of which was filed on September 10, 2019.  On April 1, 2020, the Court ordered Plaintiff to submit a status update no later than May 1, 2020.  To date, however, Plaintiff has not done so.  No later than May 29, 2020, Plaintiff shall submit a status update to the Court.  If Plaintiff fails to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)

  Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated: May 15, 2020
     New York, New York

                     _____
                     RONNIE ABRAMS
                     United States District Judge