```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-13-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK VACCARO,

                Plaintiff,

v.

CORPORATE RESOURCE SERVICES, INC.,

                Defendants.

15-cv-3895 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has required periodic status updates from the parties, the most recent of which was filed on May 27, 2020. Plaintiff is directed to submit another status report no later than December 14, 2020.

     SO ORDERED.

Dated:    November 13, 2020
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge