UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK VACCARO,

                Plaintiff,

v.

CORPORATE RESOURCE SERVICES, INC.,

                Defendant.

No. 15-CV-3895 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has requested periodic status updates from the parties, the most recent of which was filed on May 27, 2020. *See* Dkt. 29. On November 13, 2020, the Court directed Plaintiff to submit a status update no later than December 14, 2020. To date, however, Plaintiff has not done so.

    No later than January 15, 2021, Plaintiff shall submit a status update to the Court. Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    December 28, 2020
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge