USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK VACCARO,

            Plaintiff,

v.

CORPORATE RESOURCE SERVICES, INC.,

            Defendant.

No. 15-CV-3895 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has requested periodic status updates from the parties, the most recent of which was filed on January 8, 2021. *See* Dkt. 33. Plaintiff is directed to submit another status report no later than March 25, 2022.

SO ORDERED.

Dated:    February 25, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge