UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| **DOCUMENT** |
| **ELECTRONICALLY FILED** |
| **DOC#:** |
| **DATE FILED:** 10/06/2022 |

FRANK VACCARO,

               Plaintiff,

      v.

CORPORATE RESOURCE SERVICES, INC.,

               Defendant.

No.  15-CV-3895 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362.  On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket.  Since then, the Court has requested periodic status updates from the parties.  On March 25, 2022, the Court directed Plaintiff to submit an update on or before September 25, 2022.  To date, the Court has not received said update.  Plaintiff is directed to do so promptly, and in any event no later October 20, 2022.

SO ORDERED.

Dated:     October 6, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge