USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK VACCARO,

              Plaintiff,

v.

CORPORATE RESOURCE SERVICES, INC.,

              Defendant.

No. 15-CV-3895 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has requested periodic status updates from the parties. On October 14, 2022, the Court inadvertently directed Plaintiff to submit an update on or before April 14, 2022, instead of 2023. No update has been filed since that order—Plaintiff is thus directed to file a status update no later than May 1, 2023.

SO ORDERED.

Dated:     April 21, 2023
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge