```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK VACCARO,

                Plaintiff,

       v.

CORPORATE RESOURCE SERVICES, INC.,

                Defendant.

No. 15-CV-3895 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has requested periodic status updates from the parties. On April 21, 2023, the Court ordered Plaintiff to submit an update by May 1, 2023, but none has been filed to date. Plaintiff shall file a status letter no later than October 9, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     October 2, 2023
              New York, New York

                                                Ronnie Abrams
                                                United States District Judge