UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK VACCARO,

                Plaintiff,

      v.

CORPORATE RESOURCE SERVICES, INC.,

                Defendant.

No. 15-CV-3895 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On July 27, 2015, Defendant advised the Court that it had filed for Chapter 11 bankruptcy and that this action was thus subject to the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. On July 28, 2015, the Court directed the Clerk of Court to place this action on the suspense docket. Since then, the Court has requested periodic status updates from the parties. On October 16, 2023, the Court ordered Plaintiff to file a status letter by October 23, 2023, but none has been filed to date. Plaintiff shall file a status letter no later than November 2, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 26, 2023
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge